IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES ROBERT TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:08-cv-2246-IPJ-TMP |
| ) | |
| WARDEN CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 7, 2009, recommending that the petition for writ of *habeas corpus* in this cause be dismissed without prejudice for lack of jurisdiction, due to the petitioner's failure to obtain the necessary authorization from the court of appeals to file a successive petition. The petitioner filed objections to the report and recommendation on May 14, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition in this cause is due to be dismissed without prejudice as successive, pursuant to 28 U.S.C. § 2244(b)(3)(A). A Final Judgment will be entered.

DATED this 6th day of July 2009.

*[signature]*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE